1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
3  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   jew@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  Bank of America, N.A.

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 DAVID KECK, an individual,                    CV 08    1219
                                       Case No.: _____
13            Plaintiff,                                          CRB

14      vs.
                                       DEFENDANT BANK OF AMERICA,
15 BANK OF AMERICA, a Delaware         N.A.'s DEMAND FOR JURY TRIAL
   Corporation; CENTRAL STATES
16 INDEMNITY CO. OF OMAHA, a Nebraska
   Corporation; CSI PROCESSING, LLC, a
17 Nebraska Company, and DOES 1 through 100,

18            Defendants.

19

20      Defendant Bank of America, N.A. hereby demands a trial by jury on all claims so triable.

21

22 DATED: February 29, 2008              SEVERSON & WERSON
                                         A Professional Corporation
23

24                                       By: /s/ Jan T. Chilton
25                                              Jan T. Chilton

26                                       Attorneys for Defendant
                                         Bank of America, N.A.
27

28

---
10597/0056/660842.1                  COPY                   DEMAND FOR JURY TRIAL
                                                            *Keck v. BofA*