```
 1  MARK JOSEPH KENNEY (State Bar No. 87345)
    mjk@severson.com
 2  JAN T. CHILTON (State Bar No. 47582)
    jtc@severson.com
 3  JOSHUA E. WHITEHAIR (State Bar No. 244900)
    jew@severson.com
 4  SEVERSON & WERSON
    A Professional Corporation
 5  One Embarcadero Center, Suite 2600
    San Francisco, CA  94111
 6  Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
 7
    Attorneys for Defendant
 8  Bank of America, N.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID KECK, an individual,

    Plaintiff,

vs.

BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, and DOES 1 through 100,

    Defendants.

Case No. CV 08 1219 CRB

**CERTIFICATION AS TO INTERESTED PARTIES**

    The undersigned, counsel of record for Bank of America, N.A. ("BofA"), erroneously sued herein as Bank of America, a Delaware Corporation, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Bank of America, N.A. is a wholly owned by NB Holdings Corporation, which is wholly owned by Bank of America Corporation, a publicly traded corporation. Bank of America Corporation common stock is listed on the New York Stock Exchange and the Pacific Stock Exchange under the symbol BAC. No individual or entity owns 10% or more of the outstanding shares of Bank of America Corporation.

| | | |
|---|---|---|
| 1 | DATED: February 29, 2008 | SEVERSON & WERSON<br>A Professional Corporation |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Jan T. Chilton |
| 5 | | Attorneys for Defendant<br>Bank of America, N.A. |

- 2 -

10597/0056/660838.1

Certification of Interested Parties
*Keck v. BofA*: