| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| | mjk@severson.com |
| 2 | JAN T. CHILTON (State Bar No. 47582) |
| | jtc@severson.com |
| 3 | JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| | jew@severson.com |
| 4 | SEVERSON & WERSON |
| | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA 94111 |
| 6 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 7 | |
| 8 | Attorneys for Defendant |
| | BANK OF AMERICA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KECK, an individual, | Case No.: CV08-01219 CRB |
| Plaintiff, | |
| vs. | **ORDER GRANTING BANK OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, and DOES 1 through 100,, | Hearing Date: April 18, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Complaint Date: December 17, 2007<br>Trial Date: Not Set |
| Defendants. | |

Bank of America, N.A.'s motion to dismiss the first amended complaint duly came on for hearing on April 18, 2008. Jan T. Chilton of Severson & Werson appeared on behalf of Bank of America. Other appearances were as noted in the reporter's transcript.

The Court has reviewed the first amended complaint and the written submissions of the parties. It has considered the parties' oral arguments. For good cause shown,

IT IS HEREBY ORDERED that the motion to dismiss the first amended complaint is granted. Plaintiff may file an amended complaint within 10 days after entry of this order.

///

---

10597/0056/661663.1                                ORDER GRANTING BofA's MOTION TO DISMISS
1st AMENDED COMPLAINT - Case No.: CV08-01219 CRB

1 |     IT IS SO ORDERED.

4 | DATED:_____, 2008

                                      _____
                                      The Honorable Charles R. Breyer
                                      United States District Court Judge
                                        Northern District of California

10597/0056/661663.1                           ORDER GRANTING BofA's MOTION TO DISMISS
                                          1st AMENDED COMPLAINT - Case No.: CV08-01219 CRB