TOBIN & TOBIN
PAUL E. GASPARI, ESQ., State Bar No. 76496
pgaspari@tobinlaw.com
DANIEL C. ZAMORA, ESQ., State Bar No. 224375
dzamora@tobinlaw.com
500 Sansome Street
Eighth Floor
San Francisco, CA 94111
Telephone: (415) 433-1400
Facsimile: (415) 433-3883

Attorneys for Defendants
CENTRAL STATES INDEMNITY CO.
OF OMAHA, a Nebraska corporation,
and CSI PROCESSING, LLC, a Nebraska
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KECK, an individual, | CASE NO. CV 08-1219 CRB |
| Plaintiff, | **JOINDER BY CENTRAL STATES INDEMNITY CO. OF OMAHA AND CSI PROCESSING, LLC TO BANK OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| BANK OF AMERICA, a Delaware Corporation, et al., | |
| Defendants. | Date: April 18, 2006<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Charles Breyer |
| | Complaint Date: December 17, 2007<br>Trial Date: None Set |

Defendants Central States Indemnity Co. of Omaha, a Nebraska corporation, and CSI Processing, LLC, a Nebraska limited liability company, hereby join in defendant Bank of America, N.A.'s Motion to Dismiss First Amended Complaint filed with the Court on March 6, 2008 (the "Motion to Dismiss").

1

U.S.D.C. No. Dist. CA Case no. CV 08-01219 CRB

JOINDER BY CENTRAL STATES INDEMNITY CO. OF OMAHA AND CSI PROCESSING, LLC
TO BANK OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

By way of this Joinder, defendants Central State Indemnity of Omaha and CSI Processing, LLC, incorporate herein by this reference all arguments and authorities set forth in the Motion to Dismiss, including its Notice of Motion and Memorandum of Points and Authorities.

Based on the foregoing, defendants Central State Indemnity of Omaha and CSI Processing, LLC, respectfully request that the Court grant the motion and dismiss the complaint and each cause of action therein as failing to state a claim upon which relief may be granted.

Dated: March 19, 2008                                    TOBIN & TOBIN


                                                         By:  /s/  Paul E. Gaspari
                                                         Paul E. Gaspari
                                                         Attorneys for Defendants
                                                         CENTRAL STATES INDEMNITY CO. OF
                                                         OMAHA, a Nebraska corporation, and CSI
                                                         PROCESSING, LLC, a Nebraska limited liability
                                                         company

*H:\PEG\Keck\Joinder031808.doc*

2

U.S.D.C. No. Dist. CA Case no. CV 08-01219 CRB

**JOINDER BY CENTRAL STATES INDEMNITY CO. OF OMAHA AND CSI PROCESSING, LLC
TO BANK OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

PROOF OF SERVICE

CASE NAME:  David Keck v. Bank of America, et al.
COURT:      United States District Court, Northern District of California
CASE NO.:   CV 08-1219 CRB

I, Marilynn J. Cooper, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3211.

On March 20, 2008, I served the documents described as: **JOINDER BY CENTRAL STATES INDEMNITY CO. OF OMAHA AND CSI PROCESSING, LLC TO BANK OF AMERICA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** on the parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Peter B. Fredman, Esq. | Mark Joseph Kenney, Esquire |
| Brayton Purcell LLP | Jan Timothy Chilton, Esq. |
| 222 Rush Landing Road | Joshua Eric Whitehair, Esquire |
| Novato, California 94948 | Severson & Werson |
| Tel: (415) 895-1555 x 364 | One Embarcadero Center, 26th Floor |
| Fax: (415) 898-1247 | San Francisco, California 94111 |
| ***Attorneys for Plaintiff David Keck*** | Tel: (415) 398-3344 |
| | Fax: (415) 956-0439 |
| | ***Attorneys for Defendant Bank of America, N.A.*** |

Service of the above document(s) was effectuated by the following means of service:

XX  **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

XX  **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this March 20, 2008, at San Francisco, California.

_Marilynn J. Cooper_ (signature)
Marilynn J. Cooper