UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID KECK

                Plaintiff(s),

v.

BANK OF AMERICA, CENTRAL STATES INDEMNITY OF OMAHA, CSI PROCESSING LLC, ET AL.
                Defendant(s).
_____/

CASE NO. 08-1219 (CRB)

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR (*please identify process and provider*)  JAMS mediation. 1 day.

Mediator and timing to be determined by agreement of the parties, who request 90 days after Rule 26 disclosures to identify mediator and set mediation date.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  To be determined, but prior to filing motion for class certification

Dated: 5/16/08

Dated: 5/16/08

Dated: 5/16/08

/s/ Peter Fredman
Attorney for Plaintiff

/s/ Jan T. Chilton
Attorney for Defendant

/s/ Paul E. Gaspari
_____
Attorney for Defendant

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           Non-binding Arbitration
           Early Neutral Evaluation (ENE)
           Mediation
    **X**   Private ADR

    Deadline for ADR session
           90 days from the date of this order.
    **X**   other

IT IS SO ORDERED.

Dated:  May 20, 2008



UNITED STATES DISTRICT JUDGE
Judge Charles R. Breyer