TOBIN & TOBIN
PAUL E. GASPARI, ESQ., State Bar No. 76496
pgaspari@tobinlaw.com
DANIEL C. ZAMORA, ESQ., State Bar No. 224375
dzamora@tobinlaw.com
500 Sansome Street
Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 433-1400
Facsimile:  (415) 433-3883

Attorneys for Defendants
CENTRAL STATES INDEMNITY CO.
OF OMAHA, a Nebraska corporation,
and CSI PROCESSING, LLC, a Nebraska
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KECK, an individual, | CASE NO. CV 08-1219 CRB |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| BANK OF AMERICA, a Delaware Corporation, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that:

1.  The following listed persons and corporations have a financial interest in Central States Indemnity Co. of Omaha:

    Berkshire Hathaway, Inc.

    William M. Kizer

- 1 -

1. John E. Kizer
2. Richard T. Kizer
3. William M. Kizer Trust for the Benefit of 31 Grandchildren.

2.   CSI Processing, LLC is wholly owned by Central States Indemnity Co. of Omaha.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: May 29, 2008                                      TOBIN & TOBIN


By:  ___/s/   Paul E. Gaspari___
Paul E. Gaspari
Attorneys for Defendants
CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska corporation, and CSI PROCESSING, LLC, a Nebraska limited liability company

*H:\PEG\Central States Indemnity\Certification Of Interested Entities Or Persons 052808.doc*

- 2 -

U.S.D.C. No. Dist. CA Case no. CV 08-01219 CRB
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

<u>PROOF OF SERVICE</u>

CASE NAME:    <u>David Keck v. Bank of America, et al.</u>
COURT:    United States District Court, Northern District of California
CASE NO.:    CV 08-1219 CRB

I, Marilynn J. Cooper, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3211.

On May 29, 2008, I served the document described as: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the parties in this matter by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Peter B. Fredman, Esq.<br>Brayton Purcell LLP<br>222 Rush Landing Road<br>Novato, California 94948<br>Tel: (415) 895-1555 x 364<br>Fax: (415) 898-1247<br>***Attorneys for Plaintiff David Keck*** | Mark Joseph Kenney, Esquire<br>Jan Timothy Chilton, Esq.<br>Joshua Eric Whitehair, Esquire<br>Severson & Werson<br>One Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Tel: (415) 398-3344<br>Fax: (415) 956-0439<br>***Attorneys for Defendant Bank of America, N.A.*** |

Service of the above document(s) was effectuated by the following means of service:

XX    **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

XX    **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this May 29, 2008, at San Francisco, California.

Marilynn J. Cooper

H:\MJC\PROOFS OF SERVICE\PROOF OF SERVICE 003-USDC-KECK V. BANK OF AMERICA.doc