1  **BRAYTON PURCELL LLP**
   ALAN R. BRAYTON (Bar No. 73685)
2  PETER B. FREDMAN (Bar No. 189097)
   CHARLOTTE E. SCOTT (Bar No. 225581)
3  222 Rush Landing Road
   Novato, CA 94948-6169
4  Telephone: (415) 898-1555
   Facsimile: (415) 898-1247
5  Email: pfredman@braytonlaw.com

6  Attorneys for Plaintiff
   DAVID KECK and all persons similarly situated
7

8

9                    UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12

13  DAVID KECK, individually and on behalf of all  )  Case No. CV 08-1219 CRB
    others similarly situated,                     )
14                                                 )  **STIPULATION TO AMEND**
                          Plaintiff,               )  **PLAINTIFF'S SECOND AMENDED**
15                                                 )  **COMPLAINT TO SUBSTITUTE**
                   v.                              )  **"TRG CUSTOMER SOLUTIONS,**
16                                                 )  **INC. d/b/a TELESPECTRUM" FOR**
                                                   )  **THE DOE DEFENDANT**
17  BANK OF AMERICA, a Delaware corporation;       )
    CENTRAL STATES INDEMNITY CO. OF                )
18  OMAHA, a Nebraska Corporation; CSI             )
    PROCESSING LLC, a Nebraska company; and        )
19  DOES 1-100,                                    )
                                                   )
20                                                 )  Dept.: 8
                          Defendants.              )  Judge: The Hon. Charles R. Breyer
21                                                 )
                                                   )
22                                                 )

23

24

25

26

27

28

1  Upon the filing of the Second Amended Complaint, plaintiff was not aware of the true
2  name of the telemarketer defendants and thus designated the telemarketer defendants by the
3  fictitious name of "DOES." Plaintiff has since discovered the true name of the telemarketer
4  defendant is TRG Customer Solutions, Inc. doing business as Telespectrum. Federal Rules
5  of Civil Procedure, Rule 15 permits amendment by the parties' written consent.
6  Therefore, in accordance with Rule 15, the parties hereby stipulate to amend
7  Plaintiff's Second Amended Complaint by substituting "TRG Customer Solutions, Inc. d/b/a
8  Telespectrum" as the true name for fictitious third party telemarketer defendants identified
9  therein as "DOES". The parties stipulate to add "TRG Customer Solutions, Inc. d/b/a
10 Telespectrum" as a defendant and substitute the true name for the fictitious name wherever it
11 appears in the Second Amended Complaint.

13 Dated: June 5, 2008                    BRAYTON PURCELL LLP

15                                        By:    /s/ Peter B. Fredman
16                                               Peter B. Fredman
                                          Attorneys for Plaintiff David Keck

18 Dated: June    , 2008                  SEVERSON & WERSON
                                          A Professional Corporation

21                                        By:
22                                               Jan T. Chilton
                                          Attorneys for Defendant Bank of America, N.A.

24 Dated: June    , 2008                  TOBIN & TOBIN

26                                        By:
27                                               Paul E. Gaspari
                                          Attorneys for Defendant Central States
28                                        Indemnity Co. of Omaha and CSI Processing
                                          LLC

1 | Upon the filing of the Second Amended Complaint, plaintiff was not aware of the true
2 | name of the telemarketer defendants and thus designated the telemarketer defendants by the
3 | fictitious name of "DOES." Plaintiff has since discovered the true name of the telemarketer
4 | defendant is TRG Customer Solutions, Inc. doing business as Telespectrum. Federal Rules
5 | of Civil Procedure, Rule 15 permits amendment by the parties' written consent.
6 | Therefore, in accordance with Rule 15, the parties hereby stipulate to amend
7 | Plaintiff's Second Amended Complaint by substituting "TRG Customer Solutions, Inc. d/b/a
8 | Telespectrum" as the true name for fictitious third party telemarketer defendants identified
9 | therein as "DOES". The parties stipulate to add "TRG Customer Solutions, Inc. d/b/a
10 | Telespectrum" as a defendant and substitute the true name for the fictitious name wherever it
11 | appears in the Second Amended Complaint.

Dated: June 5, 2008            BRAYTON PURCELL LLP

                               By:      /s/ Peter B. Fredman
                                         Peter B. Fredman
                               Attorneys for Plaintiff David Keck


Dated: June     , 2008         SEVERSON & WERSON
                               A Professional Corporation


                               By: _____
                                         Jan T. Chilton
                               Attorneys for Defendant Bank of America, N.A.

Dated: June     , 2008         TOBIN & TOBIN


                               By:_____
                                         Paul E. Gaspari
                               Attorneys for Defendant Central States
                               Indemnity Co. of Omaha and CSI Processing
                               LLC

1  Upon the filing of the Second Amended Complaint, plaintiff was not aware of the true
2  name of the telemarketer defendants and thus designated the telemarketer defendants by the
3  fictitious name of "DOES." Plaintiff has since discovered the true name of the telemarketer
4  defendant is TRG Customer Solutions, Inc. doing business as Telespectrum. Federal Rules
5  of Civil Procedure, Rule 15 permits amendment by the parties' written consent.
6  Therefore, in accordance with Rule 15, the parties hereby stipulate to amend
7  Plaintiff's Second Amended Complaint by substituting "TRG Customer Solutions, Inc. d/b/a
8  Telespectrum" as the true name for fictitious third party telemarketer defendants identified
9  therein as "DOES". The parties stipulate to add "TRG Customer Solutions, Inc. d/b/a
10 Telespectrum" as a defendant and substitute the true name for the fictitious name wherever it
11 appears in the Second Amended Complaint.

Dated: June 5, 2008

BRAYTON PURCELL LLP


By:  /s/ Peter B. Fredman
     Peter B. Fredman
Attorneys for Plaintiff David Keck


Dated: June    , 2008

SEVERSON & WERSON
A Professional Corporation



By:
     Jan T. Chilton
Attorneys for Defendant Bank of America, N.A.


Dated: June 5, 2008

TOBIN & TOBIN



By:
     Paul E. Gaspari
Attorneys for Defendant Central States
Indemnity Co. of Omaha and CSI Processing
LLC

| | |
|---|---|
| 1 | **BRAYTON PURCELL LLP** |
|   | ALAN R. BRAYTON (Bar No. 73685) |
| 2 | PETER B. FREDMAN (Bar No. 189097) |
|   | CHARLOTTE E. SCOTT (Bar No. 225581) |
| 3 | 222 Rush Landing Road |
|   | Novato, CA 94948-6169 |
| 4 | Telephone: (415) 898-1555 |
|   | Facsimile: (415) 898-1247 |
| 5 | Email: pfredman@braytonlaw.com |
| 6 | Attorneys for Plaintiff |
|   | DAVID KECK and all persons similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID KECK, individually and on behalf of all others similarly situated, | ) | Case No. CV 08-1219 CRB |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER AMENDING PLAINTIFF'S SECOND AMENDED COMPLAINT TO SUBSTITUTE "TRG CUSTOMER SOLUTIONS, INC. d/b/a TELESPECTRUM" FOR THE DOE DEFENDANT** |
| v. | ) | |
| BANK OF AMERICA, a Delaware corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING LLC, a Nebraska company; and DOES 1-100, | ) | |
| | ) | Dept.: 8 |
| Defendants. | ) | Judge: The Hon. Charles R. Breyer |

1   In accordance with Federal Rules of Civil Procedure, Rule 15, and pursuant to the
2   stipulation filed by the parties filed on June 5, 2008, Plaintiff's Second Amended Complaint
3   shall be amended to substitute "TRG Customer Solutions, Inc. d/b/a Telespectrum" for
4   fictitious third party telemarketer defendants identified therein as "DOES".  This amendment
5   shall add "TRG Customer Solutions, Inc. d/b/a Telespectrum" as a defendant and substitutes
6   the true name for the fictitious name wherever it appears in the Second Amended Complaint.
7   Based on this amendment, a new Summons shall issue to TRG Customer Solutions,
8   Inc. d/b/a Telespectrum.
9   Plaintiff shall serve a copy of this Order with the Summons and Second Amended
10  Complaint to TRG Customer Solutions, Inc. d/b/a Telespectrum.

12  IT IS SO ORDERED.

14  DATED:_____, 2008    By: _____
                                            The Honorable Charles R. Breyer
15                                          United States District Court Judge