**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 6, 2008**

**C-08-01219** CRB

**DAVID KECK** v. **BANK OF AMERICA**

Attorneys:    Peter Fredman                Jan Chilton

                                            Paul Gaspari

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Not Reported**

**PROCEEDINGS:**                                                    **RULING:**

1. Initial Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**

Defendant to file letter to the Court re to case law; the plaintiff may respond. The Court signs the

stip re 2nd Amended Complaint in open court. TRG to appear at next case management conference

(X) CASE MANAGEMENT ORDER BY:    Plntf ___  Deft ___  Court X

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO  July 11, 2008 @ 8:30a.m. for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: