1  **BRAYTON PURCELL LLP**
   ALAN R. BRAYTON (Bar No. 73685)
2  PETER B. FREDMAN (Bar No. 189097)
   CHARLOTTE E. SCOTT (Bar No. 225581)
3  222 Rush Landing Road
   Novato, CA 94948-6169
4  Telephone: (415) 898-1555
   Facsimile: (415) 898-1247
5  Email: pfredman@braytonlaw.com

6  Attorneys for Plaintiff
   DAVID KECK and all persons similarly situated
7

8

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
13  DAVID KECK, individually and on behalf of all  )  Case No. CV 08-1219 CRB
    others similarly situated,                     )
14                                                 )  [PROPOSED] ORDER AMENDING
                      Plaintiff,                   )  **PLAINTIFF'S SECOND AMENDED**
15                                                 )  **COMPLAINT TO SUBSTITUTE**
         v.                                        )  **"TRG CUSTOMER SOLUTIONS,**
16                                                 )  **INC. d/b/a TELESPECTRUM" FOR**
17  BANK OF AMERICA, a Delaware corporation;       )  **THE DOE DEFENDANT**
    CENTRAL STATES INDEMNITY CO. OF                )
18  OMAHA, a Nebraska Corporation; CSI             )
    PROCESSING LLC, a Nebraska company; and        )
19  DOES 1-100,                                    )
                                                   )
20                                                 )  Dept.: 8
                      Defendants.                  )  Judge: The Hon. Charles R. Breyer
21                                                 )
                                                   )
22  _____)  _____

1  In accordance with Federal Rules of Civil Procedure, Rule 15, and pursuant to the
2  stipulation filed by the parties filed on June 5, 2008, Plaintiff's Second Amended Complaint
3  shall be amended to substitute "TRG Customer Solutions, Inc. d/b/a Telespectrum" for
4  fictitious third party telemarketer defendants identified therein as "DOES".  This amendment
5  shall add "TRG Customer Solutions, Inc. d/b/a Telespectrum" as a defendant and substitutes
6  the true name for the fictitious name wherever it appears in the Second Amended Complaint.
7  Based on this amendment, a new Summons shall issue to TRG Customer Solutions,
8  Inc. d/b/a Telespectrum.
9  Plaintiff shall serve a copy of this Order with the Summons and Second Amended
10 Complaint to TRG Customer Solutions, Inc. d/b/a Telespectrum.

12 IT IS SO ORDERED.

14 DATED:     June 6      , 2008      By: _____
15                                          The Honorable Charles R. Breyer
                                             United States District Court Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer (signature stamp, United States District Court, Northern District of California)