1  CHAVEZ & GERTLER LLP
   MARK A. CHAVEZ (Bar No. 90858)
2  NANCE F. BECKER (Bar No. 99292)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone:  (415) 381-5599
4  Facsimile:   (415) 381-5572
   Email:  mark@chavezgertler.com
5          nance@chavezgertler.com

6  BRAYTON PURCELL LLP
   ALAN R. BRAYTON (Bar No. 73685)
7  PETER B. FREDMAN (Bar No. 189097)
   CHARLOTTE E. SCOTT (Bar No. 225581)
8  222 Rush Landing Road
   Novato, CA 94948-6169
9  Telephone:  (415) 898-1555
   Facsimile:   (415) 898-1247
10 Email:  pfredman@braytonlaw.com

11 Attorneys for Plaintiff
   DAVID KECK and all persons similarly situated
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID KECK, an individual, | Case No:  C 08-01219 CRB |
| Plaintiff, | **CLASS ACTION** |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL AND ENTRY OF APPEARANCE** |
| BANK OF AMERICA, a Delaware corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING LLC, a Nebraska company; and DOES 1 through 100, | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE Mark A. Chavez and Nance F. Becker and the law firm of
3  Chavez & Gertler LLP have been associated as co-counsel and are hereby entering their
4  appearance as co-counsel for Plaintiff DAVID KECK and the Proposed Class in the above-
5  entitled action.  Their contact information is:  Chavez & Gertler LLP, 42 Miller Avenue,
6  Mill Valley, California 94941; telephone: (415) 381-5599; facsimile: (415) 381-5572; email
7  addresses: mark@chavezgertler.com and nance@chavezgertler.com.

8      PLEASE TAKE FURTHER NOTICE that all pleadings, discovery, responses,
9  correspondence and other matters in this action should be additionally served on such
10 counsel, and such counsel are to be added to the service list.

12 Dated:  June 16, 2008                    CHAVEZ & GERTLER LLP
13                                      BRAYTON BURCELL LLP

15                                      By:  /s/
                                              Mark A. Chavez

                                     Attorneys for Plaintiff DAVID KECK
                                     and all persons similarly situated