1  **CHAVEZ & GERTLER LLP**
   MARK A. CHAVEZ (Bar No. 90858)
2  NANCE F. BECKER (Bar No. 99292)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone:  (415) 381-5599
4  Facsimile:  (415) 381-5572
   Email:        mark@chavezgertler.com
5                nance@chavezgertler.com

6  **BRAYTON PURCELL LLP**
   ALAN R. BRAYTON (Bar No. 73685)
7  PETER B. FREDMAN (Bar No. 189097)
   CHARLOTTE E. SCOTT (Bar No. 225581)
8  222 Rush Landing Road
   Novato, CA 94948-6169
9  Telephone:  (415) 898-1555
   Facsimile:  (415) 898-1247
10 Email: pfredman@braytonlaw.com

11 Attorneys for Plaintiff
   DAVID KECK and all persons similarly situated
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 DAVID KECK, individually and on behalf of all    ) Case No. CV 08-1219 CRB
   others similarly situated,                        )
17                                                    ) CLASS ACTION
                                                      )
18                    Plaintiff,                      )
                                                      ) **CERTIFICATE OF SERVICE ON**
19              v.                                    ) **DEFENDANT TRG CUSTOMER**
                                                      ) **SOLUTIONS, INC. D/B/A**
20 BANK OF AMERICA, a Delaware corporation;          ) **TELESPECTRUM**
   CENTRAL STATES INDEMNITY CO. OF                   )
21 OMAHA, a Nebraska Corporation; CSI                )
   PROCESSING LLC, a Nebraska company; and           ) Dept.:  8
22                                                    ) Judge:  The Hon. Charles R. Breyer
   DOES 1-100,                                        )
23                                                    ) _____
                                                      )
24                    Defendants.                     )
                                                      )
25 _____          )

26

27

28

---

1

1    I, the undersigned, declare that, I am employed in the County of Marin, State of

2   California.  I am over the age of 18 and not a party to the within-entitled action; my business

3   address is 222 Rush Landing Road, Novato, California 94948.

4    Service of the Summons and Complaint on Defendant TRG Customer Solutions, Inc.

5   d/b/a Telespectrum was accomplished by agreement of said Defendant by and through its

6   counsel:

| | |
|---|---|
| Robert Charles Ward, Esq.<br>**Email: Rward@sflaw.com**<br>Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, California  9411 | Attorney for Defendant TRG Customer<br>Solutions, Inc. d/b/a Telespectrum |

11    On Friday, June 6, 2008, I served the following documents filed in the above-entitled

12   action:

13      1.      Plaintiff's Second Amended Complaint

14      2.      Order Amending Plaintiff's Second Amended Complaint To Substitute "TRG

15             Customer Solutions, Inc. d/b/a Telespectrum" For The Doe Defendant

16      3.      Order Continuing the Case Management Conference to July 11, 2008

17      4.      Joint Case Management Statement Filed May 30, 2008

18   by sending them via e-mail to Robert Charles Ward, who identified himself as counsel for

19   Defendant TRG in this matter, and acknowledged and agreed to accept service in this manner

20   on behalf of Defendant TRG.

21    By agreement, the effective date of service is June 16, 2008.

24    I declare under penalty of perjury that the foregoing is true and correct and that this

25   declaration was executed on June 18, 2008, in Novato, California.

                                              /s/ Peter B. Fredman
                                              Peter B. Fedman

CERTIFICATE OF SERVICE ON DEFENDANT TRG CUSTOMER SOLUTIONS, INC. D/B/A TELESPECTRUM
CASE NO. CV 08-1219 CRB