IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KECK,<br><br>       Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA,<br><br>       Defendant.<br>_____/ | No. C 08-01219 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference currently on calendar for Friday, July 11, 2008 to **Monday, July 7, 2008 at 8:30 a.m.** before the Honorable Charles R. Breyer.  The case management statement shall be filed on or before July 1, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: June 24, 2008                                        FOR THE COURT,

                                                                                  Richard W. Wieking, Clerk

                                                                                  By: _____

                                                                                      Barbara Espinoza<br>                                                                                      Courtroom Deputy

**United States District Court**
**For the Northern District of California**