1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
3  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   jew@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   THOMAS E. GILBERTSEN, *pro hac vice*
8  tgilbertsen@kelleydrye.com
   KELLEY DRYE & WARREN LLP
9  3050 K Street N.W.
   Washington, D.C. 20007
10 Telephone: 202.342.8505
   Facsimile: 202.342.8451
11
   Attorneys for Defendant
12 Bank of America, N.A.

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16 | DAVID KECK, an individual,              | Case No.: CV08-1219 CRB
17 |         Plaintiff,                      | **CLASS ACTION**
18 |    vs.                                  | **NOTICE OF ASSOCIATION OF COUNSEL AND ENTRY OF APPEARANCE**
19 | BANK OF AMERICA, a Delaware             |
   | Corporation; CENTRAL STATES             |
20 | INDEMNITY CO. OF OMAHA, a Nebraska      |
   | Corporation; CSI PROCESSING, LLC, a     |
21 | Nebraska Company, and DOES 1 through 100,|
22 |         Defendants.                     |

23

24     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25     Please take notice that Thomas E. Gilbertsen and the law firm of Kelley Drye & Warren

26 LLP have been associated as co-counsel and hereby enter their appearance as co-counsel for

27 defendant Bank of America, N.A. Their contact information is: KELLEY DRYE & WARREN

28

---
10597/0056/677446.1                                          Notice of Association of Counsel
                                                             Case No. CV08-1219 CRB

1  LLP, 3050 K Street N.W., Washington, D.C. 20007; Telephone: 202.342.8505; Facsimile:
2  202.342.8451; e-mail: tgilbertsen@kelleydrye.com.
3      PLEASE TAKE FURTHER NOTICE that all pleadings, discovery, responses and
4  correspondence and other matters in this action should be served on Mr. Gilbertsen and he should
5  be added to each party's service list.

7  DATED: June ___, 2008         SEVERSON & WERSON
                                      A Professional Corporation

                                      KELLEY DRYE & WARREN LLP

                                      By: /s/     *Jan T. Chilton*
                                                    Jan T. Chilton

                                      Attorneys for Defendant
                                      Bank of America, N.A.

10597/0056/677446.1         Notice of Association of Counsel
                                      Case No. CV08-1219 CRB