1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
3  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   jew@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   THOMAS E. GILBERTSEN, *pro hac vice*
8  tgilbertsen@kelleydrye.com
   KELLEY DRYE & WARREN LLP
9  3050 K Street N.W.
   Washington, D.C. 20007
10 Telephone: 202.342.8505
   Facsimile: 202.342.8451
11
   Attorneys for Defendant
12 Bank of America, N.A.

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 DAVID KECK, an individual,            Case No.: CV08-1219 CRB

17          Plaintiff,                   **PUTATIVE CLASS ACTION**

18     vs.                               **STIPULATION GRANTING BANK OF
                                         AMERICA, N.A. LEAVE TO FILE**
19 BANK OF AMERICA, a Delaware           **AMENDED ANSWER TO SECOND**
   Corporation; CENTRAL STATES           **AMENDED COMPLAINT**
20 INDEMNITY CO. OF OMAHA, a Nebraska
   Corporation; CSI PROCESSING, LLC, a
21 Nebraska Company, and DOES 1 through 100,

22          Defendants.

23

24      Pursuant to Fed. R. Civ. P. 15(a)(2), plaintiff David Keck and defendant Bank of America,

25 N.A. ("BofA") stipulate that BofA may file an amended answer to Keck's second amended

26 complaint within 10 days of this stipulation.

27

28

1    DATED: June 30, 2008                    CHAVEZ & GERTLER LLP

2                                            BRAYTON PURCELL LLLP

3

4                                            By:/S/ Peter B. Fredman
                                                       Peter B. Fredman
5
                                             Attorneys for Plaintiff
6                                            David Keck

7
     DATED: June 30, 2008                    SEVERSON & WERSON
8                                            A Professional Corporation

9                                            KELLEY DRYE & WARREN LLP

10

11                                           By:/S/ Jan T. Chilton
                                                        Jan T. Chilton
12
                                             Attorneys for Defendant
13                                           Bank of America, N.A.

14
          I attest that the content of the document is accep        table to all persons required to sign the
15   document.

16                                           By:/S/ Jan T. Chilton
                                                        Jan T. Chilton
17

18

19

20

21

22

23

24

25

26

27

28

-------

-2-

10597/0056/677751.1                                    Stipulation to BofA's Filing Amended Answer
                                                       Case No. CV08-1219CRB