```
                                                    FILED
 1   MARK JOSEPH KENNEY (State Bar No.87345)
     mjk@severson.com                              08 JUN 27 PM 3:35
 2   JAN T. CHILTON (State Bar No. 47582)
     jtc@severson.com                              RICHARD W. WIEKING
 3   JOSHUA E. WHITEHAIR (State Bar No. 244900)    CLERK, U.S. DISTRICT COURT
     jew@severson.com                              NORTHERN DISTRICT OF CALIFORNIA
 4   SEVERSON & WERSON
     A Professional Corporation
 5   One Embarcadero Center, Suite 2600
     San Francisco, CA 94111
 6   Telephone: (415) 398-3344
     Facsimile: (415) 956-0439
 7
     Attorneys for Defendant
 8   Bank of America, N.A.
```

9                    UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT

11                    SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KECK, an individual, | CASE NO. CV 08-1219 CRB |
| Plaintiff, | CLASS ACTION |
| vs. | APPLICATION FOR ADMISSION OF THOMAS E. GILBERTSEN *PRO HAEC VICE* |
| BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, and DOES 1 through 100, | BY FAX |
| Defendants. | |

Pursuant to Civil L.R. 11-3, <u>Thomas E. Gilbertsen</u>, an active member in good standing of the bar of <u>District of Columbia</u>, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing <u>Defendant, BANK OF AMERICA</u>, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR
SUITE 400
3050 K STREET, NW
WASHINGTON DC 20007

DC01/CLIMC/342920.1

APPLICATION FOR ADMISSION OF
THOMAS E. GILBERSEN *PRO HAEC VICE*
CASE NO. CV 08-1219 CRB

1     above;

2     2.     I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jan T. Chilton (California State Bar No. 47582)
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 398-3344;     Facsimile:   (415) 956-0439

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2008

KELLEY DRYE & WARREN LLP

By: /s/ Thomas E. Gilbertsen

THOMAS E. GILBERTSEN
Attorneys for Plaintiff

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

DC01/CLIMC/342920.1

- 2 -

APPLICATION FOR ADMISSION OF
THOMAS E. GILBERTSEN *PRO HAEC VICE*
CASE NO. CV 08-1219 CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

RECEIVED

JUN 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KECK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV 08-1219 CRB<br><br>CLASS ACTION<br><br>ORDER GRANTING ADMISSION OF THOMAS E. GILBERTSEN PRO HAEC VICE |

Thomas E. Gilbertsen, an active member in good standing of the bar of the U.S.D.C. for the District of Columbia and the District of Columbia Court of Appeals, whose business address and telephone number is KELLEY DRYE & WARREN LLP, 3050 K Street, N.W., Washington, D.C. 20007, (202) 342-8400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro haec vice* basis, representing Defendant, BANK OF AMERICA,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____        _____
                                                                            Honorable Charles R. Breyer

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

DC01/CLIMC/342920.3
DC01/CLIMC/343128.1

ORDER GRANTING ADMISSION OF
THOMAS E. GILBERTSEN PRO HAEC VICE
CASE NO. CV 08-1219 CRB