```
 1  MARK JOSEPH KENNEY (State Bar No. 87345)
    mjk@severson.com
 2  JAN T. CHILTON (State Bar No. 47582)
    jtc@severson.com
 3  JOSHUA E. WHITEHAIR (State Bar No. 244900)
    jew@severson.com
 4  SEVERSON & WERSON
    A Professional Corporation
 5  One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
 6  Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
 7
    Attorneys for Defendant
 8  Bank of America, N.A.
```

FILED
08 JUN 27 PM 3: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KECK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, and DOES 1 through 100,<br><br>Defendant. | Case No.: CV-08-1219 CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>**BY FAX** |

---

10597/0056/677601.1

CERTIFICATE OF SERVICE
Case No. CV-08-01219 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**APPLICATION FOR ADMISSION OF THOMAS E. GILBERTSEN PRO HAEC VICE**

**ORDER GRANTING ADMISSION OF THOMAS E. GILBERTSEN PRO HAEC VICE**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Alan R. Brayton, Esq.<br>Peter B. Fredman, Esq.<br>Charlotte E. Schott, Esq.<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169<br>Telephone: (415) 898-1555<br>Fax: (415) 898-1247<br>E-mail: pfredman@braytonlaw.com | Mark A. Chavez, Esq.<br>Nance F. Becker, Esq.<br>Chavez & Gertler LLP<br>42 Miller Avenue<br>Mill Valley, California 94941<br>Telephone: (415) 381-5599<br>Fax: (415) 381-5572<br>E-mail: mark@chavezgertler.com<br>nance@chavezgertler.com |
| *Attorneys for Plaintiff* | *Co-Counsel for Plaintiff* |
| Robert C. Ward<br>SHARTSIS FRIESE LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111<br>Tel: 415-421-6500<br>Fax: 415-421-2922<br>e-mail: rward@sflaw.com<br><br>*Attorneys for Defendant*<br>*TRG CUSTOMER*<br>*SOLUTIONS, INC. dba*<br>*TELESPECTRUM* | Paul Edward Gaspari<br>TOBIN & TOBIN<br>500 Sansome Street<br>Eighth Floor<br>San Francisco, CA 94111-3214<br>Tel: 415-433-1400; 415-772-9618<br>Fax: 415-433-3883<br>e-mail: pgaspari@tobinlaw.com<br><br>*Attorneys for Defendants*<br>*CENTRAL STATES INDEMNITY*<br>*CO. OF OMAHA and CSI*<br>*PROCESSING, LLC* |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on June 27, 2008.

Marilyn C. Li

- 2 -