| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| | mjk@severson.com |
| 2 | JAN T. CHILTON (State Bar No. 47582) |
| | jtc@severson.com |
| 3 | JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| | jew@severson.com |
| 4 | SEVERSON & WERSON |
| | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA 94111 |
| 6 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 7 | |
| | THOMAS E. GILBERTSEN, *pro haec vice* |
| 8 | tgilbertsen@kelleydrye.com |
| | KELLEY DRYE & WARREN LLP |
| 9 | 3050 K Street N.W. |
| | Washington, D.C. 20007 |
| 10 | Telephone: 202.342.8505 |
| | Facsimile: 202.342.8451 |
| 11 | |
| | Attorneys for Defendant |
| 12 | Bank of America, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KECK, an individual, | Case No.: CV08-1219 CRB |
| Plaintiff, | **PUTATIVE CLASS ACTION** |
| vs. | **STIPULATION GRANTING BANK OF AMERICA, N.A. LEAVE TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT** |
| BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, and DOES 1 through 100, | |
| Defendants. | |

   Pursuant to Fed. R. Civ. P. 15(a)(2), plaintiff David Keck and defendant Bank of America, N.A. ("BofA") stipulate that BofA may file an amended answer to Keck's second amended complaint within 10 days of this stipulation.

10597/0056/677751.1                Stipulation to BofA's Filing Amended Answer
                                                    Case No. CV08-1219 CRB

| | | |
|---|---|---|
| 1 | DATED: June 30, 2008 | CHAVEZ & GERTLER LLP |
| 2 | | BRAYTON PURCELL LLP |
| 4 | | By: /S/ Peter B. Fredman |
| | | Peter B. Fredman |
| 6 | | Attorneys for Plaintiff David Keck |
| 7 | DATED: June 30, 2008 | SEVERSON & WERSON |
| 8 | | A Professional Corporation |
| 9 | | KELLEY DRYE & WARREN LLP |
| 11 | | By: /S/ Jan T. Chilton |
| | | Jan T. Chilton |
| 13 | | Attorneys for Defendant Bank of America, N.A. |

I attest that the content of the document is acceptable to all persons required to sign the document.

By: /S/ Jan T. Chilton
     Jan T. Chilton

Signed:  June 30, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10597/0056/677751.1

Stipulation to BofA's Filing Amended Answer
Case No. CV08-1219 CRB