UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

RECEIVED

JUN 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID KECK, an individual,

Plaintiff,

vs.

BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, and DOES 1 through 100,

Defendants.

CASE NO. CV 08-1219 CRB

CLASS ACTION

ORDER GRANTING ADMISSION OF THOMAS E. GILBERTSEN PRO HAEC VICE

Thomas E. Gilbertsen, an active member in good standing of the bar of the U.S.D.C. for the District of Columbia and the District of Columbia Court of Appeals, whose business address and telephone number is KELLEY DRYE & WARREN LLP, 3050 K Street, N.W., Washington, D.C. 20007, (202) 342-8400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro haec vice* basis, representing Defendant, BANK OF AMERICA,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 30, 2008

_____
Honorable Charles R. Breyer



KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

DC01/CLIMC/342920.3
DC01/CLIMC/343128.1

ORDER GRANTING
THOMAS E. GILBERTSEN PRO HAEC VICE
CASE NO. CV 08-1219 CRB