**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 7, 2008**

**C-08-01219** CRB

   **DAVID KECK  v.  BANK OF AMERICA**

| Attorneys: | Mark Chavez | Jan Chilton, Tom Gilbertson |
|---|---|---|
| | | Paul Gaspari, Robert Ward |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                                    **RULING:**

1. Telephonic Case Management Conference    - Held

2. 

3. 

**ORDERED AFTER HEARING:**

Discovery to proceed, ADR to take place by October 31, 2008.  The Court adopts schedule set for the Class Certification motion and sets a hearing on the preemption motion, counsel are to workout briefing schedule.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____
( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO December 05, 2008 at 10:00 a.m. for Motion Hearing
                      April 03, 2009 @ 10:00 a.m.   for Class Certification Motion

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____              Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                      Type of Trial:  ( )Jury    ( )Court

Notes: _____