1 | **CHAVEZ & GERTLER LLP**
MARK A. CHAVEZ (Bar No. 90858)
2 | NANCE F. BECKER (Bar No. 99292)
42 Miller Avenue
3 | Mill Valley, California 94941
Telephone:  (415) 381-5599
4 | Facsimile:   (415) 381-5572
Email:          mark@chavezgertler.com
5 |                    nance@chavezgertler.com

6 | **BRAYTON PURCELL LLP**
ALAN R. BRAYTON (Bar No. 73685)
7 | PETER B. FREDMAN (Bar No. 189097)
CHARLOTTE E. SCOTT (Bar No. 225581)
8 | 222 Rush Landing Road
Novato, CA 94948-6169
9 | Telephone:  (415) 898-1555
Facsimile:  (415) 898-1247
10 | Email: pfredman@braytonlaw.com

11 | Attorneys for Plaintiff
DAVID KECK and all persons similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KECK, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, a Delaware corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING LLC, a Nebraska company; TRG CUSTOMER SOLUTIONS, INC. d/b/a TELESPECTRUM,<br><br>                              Defendants. | Case No. CV 08-1219 CRB<br><u>CLASS ACTION</u><br><br>**STIPULATION TO DISMISS DEFENDANTS CENTRAL STATES INDEMNITY CO. OF OMAHA AND CSI PROCESSING LLC**<br><br><br><br>Dept.:  8<br>Judge:  The Hon. Charles R. Breyer |

1    Pursuant to Federal Rules of Civil Procedure 41(a), the parties hereby stipulate
2  through their designated counsel, to the dismissal (without prejudice) of defendants Central
3  States Indemnity Co. of Omaha and CSI Processing LLC, with each to bear its own fees and
4  costs.

6  Dated: July 14, 2008                    CHAVEZ & GERTLER LLP
7                                          BRAYTON PURCELL LLP

9                                          By: /s/ Peter B. Fredman
                                                Peter B. Fredman
10                                         Attorneys for Plaintiff David Keck

12  Dated: July    , 2008                  SEVERSON & WERSON, a professional corp.
                                           KELLEY DRYE AND WARREN LLP

14                                         By:
15                                              Jan T. Chilton
                                           Attorneys for Defendant Bank of America, N.A.

17  Dated: July    , 2008                  TOBIN & TOBIN

19                                         By:
20                                              Paul E. Gaspari
                                           Attorneys for Defendants Central States
21                                         Indemnity Co. of Omaha and CSI Processing
22                                         LLC

23  Dated: July    , 2008                  SHARTSIS FRIESE LLP

26                                         By:
                                                Robert Ward
27                                         Attorneys for Defendant TRG Customer
28                                         Solutions, Inc. d/b/a Telespectrum
                                           LLC

1  Pursuant to Federal Rules of Civil Procedure 41(a), the parties hereby stipulate
2  through their designated counsel, to the dismissal (without prejudice) of defendants Central
3  States Indemnity Co. of Omaha and CSI Processing LLC, with each to bear its own fees and
4  costs.

6  Dated: July 14, 2008                CHAVEZ & GERTLER LLP
7                                      BRAYTON PURCELL LLP

9                                      By: /s/ Peter B. Fredman
                                           Peter B. Fredman
10                                         Attorneys for Plaintiff David Keck

12 Dated: July    , 2008               SEVERSON & WERSON, a professional corp.
                                       KELLEY DRYE AND WARREN LLP

14                                     By:_____
15                                         Jan T. Chilton
                                           Attorneys for Defendant Bank of America, N.A.

17 Dated: July 14, 2008                TOBIN & TOBIN

20                                     By:_____
                                           Paul E. Gaspari
21                                         Attorneys for Defendants Central States
                                           Indemnity Co. of Omaha and CSI Processing
22                                         LLC

23 Dated: July    , 2008               SHARTSIS FRIESE LLP

26                                     By:_____
                                           Robert Ward
27                                         Attorneys for Defendant TRG Customer
                                           Solutions, Inc. d/b/a Telespectrum
28                                         LLC

1  Pursuant to Federal Rules of Civil Procedure 41(a), the parties hereby stipulate
2  through their designated counsel, to the dismissal (without prejudice) of defendants Central
3  States Indemnity Co. of Omaha and CSI Processing LLC, with each to bear its own fees and
4  costs.

6  Dated: July 14, 2008                     CHAVEZ & GERTLER LLP
7                                            BRAYTON PURCELL LLP

9                                            By: /s/ Peter B. Fredman
                                                  Peter B. Fredman
10                                           Attorneys for Plaintiff David Keck

12 Dated: July ___, 2008                    SEVERSON & WERSON, a professional corp.
                                             KELLEY DRYE AND WARREN LLP

14                                           By:_____
15                                                Jan T. Chilton
                                             Attorneys for Defendant Bank of America, N.A.

17 Dated: July ___, 2008                    TOBIN & TOBIN

19                                           By:_____
20                                                Paul E. Gaspari
                                             Attorneys for Defendants Central States
21                                           Indemnity Co. of Omaha and CSI Processing
                                             LLC

23 Dated: July 14, 2008                     SHARTSIS FRIESE LLP

26                                           By: /s/ Robert Ward
                                                  Robert Ward
27                                           Attorneys for Defendant TRG Customer
                                             Solutions, Inc. d/b/a Telespectrum
28                                           LLC

1    Pursuant to Federal Rules of Civil Procedure 41(a), the parties hereby stipulate
2  through their designated counsel, to the dismissal (without prejudice) of defendants Central
3  States Indemnity Co. of Omaha and CSI Processing LLC, with each to bear its own fees and
4  costs.

6  Dated: July 14, 2008                CHAVEZ & GERTLER LLP
                                        BRAYTON PURCELL LLP

                                        By: /s/ Peter B. Fredman
                                            Peter B. Fredman
                                        Attorneys for Plaintiff David Keck


12 Dated: July 15, 2008                SEVERSON & WERSON, a professional corp.
                                        KELLEY DRYE AND WARREN LLP

14                                      By: [signature]
                                            Jan T. Chilton
                                        Attorneys for Defendant Bank of America, N.A.

17 Dated: July __, 2008                TOBIN & TOBIN

                                        By:_____
                                            Paul E. Gaspari
                                        Attorneys for Defendants Central States
                                        Indemnity Co. of Omaha and CSI Processing
                                        LLC

23 Dated: July __, 2008                SHARTSIS FRIESE LLP


                                        By:_____
                                            Robert Ward
                                        Attorneys for Defendant TRG Customer
                                        Solutions, Inc. d/b/a Telespectrum
                                        LLC