**LAW OFFICES OF PETER B. FREDMAN**
PETER B. FREDMAN (Bar No. 189097)
1917 Carleton St.
Berkeley, California 94704
Telephone: (510) 414-5432
Facsimile: (510) 486-8739
Email: peterfredman@sbcglobal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGO ZALDANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KB HOME, a Delaware corporation; HOMESAFE ESCROW COMPANY, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C., a Delaware company; LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-3399 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF HUGO ZALDANA** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

PLEASE TAKE NOTICE that plaintiff Hugo Zaldana hereby makes the following substitution of attorneys in the above entitled action:

///

///

///

---

Former Attorneys:

BRAYTON PURCELL LLP
ALAN R. BRAYTON (Bar No. 73685)
PETER B. FREDMAN (Bar No. 189097)
CHARLOTTE E. SCOTT (Bar No. 225581)
222 Rush Landing Road
Novato, CA 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Substitution:

LAW OFFICES OF PETER B. FREDMAN
PETER B. FREDMAN (Bar No. 189097)
1917 Carleton St.
Berkeley, California 94704
Telephone: (510) 414-5432
Facsimile: (510) 486-8739
Email: peterfredman@sbcglobal.net

## CONSENT

The undersigned hereby consent to this substitution.

LAW OFFICES OF PETER B. FREDMAN

Dated: August 25, 2008          By /s/ Peter Fredman
                                    Peter B. Fredman

BRAYTON PURCELL LLP

Dated: 8/26/08                  By _____
                                    Lloyd F. LeRoy

## ORDER

Pursuant to this stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____           _____
                                Hon.
                                United States District Judge