**LAW OFFICES OF PETER B. FREDMAN**
PETER B. FREDMAN (Bar No. 189097)
1917 Carleton St.
Berkeley, California 94704
Telephone: (510) 414-5432
Facsimile: (510) 486-8739
Email: peterfredman@sbcglobal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KECK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, a Delaware corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING LLC, a Nebraska company; and DOES 1 through 100, <br><br> Defendants. | Case No. C 08-01219 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF DAVID KECK** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

PLEASE TAKE NOTICE that plaintiff David Keck hereby makes the following substitution of attorneys in the above entitled action:

///

///

///

Former Attorneys:

BRAYTON PURCELL LLP
ALAN R. BRAYTON (Bar No. 73685)
PETER B. FREDMAN (Bar No. 189097)
CHARLOTTE E. SCOTT (Bar No. 225581)
222 Rush Landing Road
Novato, CA 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Substitution:

LAW OFFICES OF PETER B. FREDMAN
PETER B. FREDMAN (Bar No. 189097)
1917 Carleton St.
Berkeley, California 94704
Telephone: (510) 414-5432
Facsimile: (510) 486-8739
Email: peterfredman@sbcglobal.net

## CONSENT

The undersigned hereby consent to this substitution.

LAW OFFICES OF PETER B. FREDMAN

Dated: August 25, 2008        By /s/ Peter Fredman
                                 Peter B. Fredman

BRAYTON PURCELL LLP

Dated: 8/26/08                By /s/ Lloyd F. LeRoy
                                 Lloyd F. LeRoy

## ORDER

Pursuant to this stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____          _____
                               Hon.
                               United States District Judge