| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com |
| 2 | CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com |
| | Two Embarcadero Center, Fifth Floor |
| 3 | San Francisco, California 94111-3824 |
| | Telephone:   (415) 398-8080 |
| 4 | Facsimile:    (415) 398-5584 |

Attorneys for Defendant TRG CUSTOMER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KECK, an individual, | CASE NO.   C 08-01219 CRB |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| BANK OF AMERICA, a Delaware corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING LLC, a Nebraska company; and DOES 1 through 100, | |
| Defendants. | |

Defendant TRG Customer Solutions, Inc. hereby substitutes the law firm of Jeffer, Mangels, Butler & Marmaro LLP as its attorney of record in place of Shartsis Friese LLP. The new firm name, address and attorney of record is:

> Michael J. Hassen (mjh@jmbm.com)
> Christopher H. Doyle (chd@jmbm.com)
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, 5th Floor
> San Francisco, CA 94111
> Telephone:  (415) 398-8080
> Facsimile:  (415) 398-5584

PRINTED ON
RECYCLED PAPER

766474v1

1  The undersigned consents to the above substitution on behalf of TRG CUSTOMER
2  SOLUTIONS, INC.

4  DATED: September 15, 2008

   _____
   PAT W. COSTELLO, General Counsel

6  The undersigned consents to the above substitution.

8  DATED: September ___, 2008        SHARTSIS FRIESE LLP

   By: _____
           ROBERT D. WARD
   Former Attorneys for TRG CUSTOMER
   SOLUTIONS, INC.

14 The undersigned is duly admitted to practice in the Northern District of California
15 and accepts the above substitution.

17 DATED: September ___, 2008        JEFFER, MANGELS, BUTLER & MARMARO LLP

   By: _____
           MICHAEL J. HASSEN
   Attorneys for Defendant TRG CUSTOMER
   SOLUTIONS, INC.

766474v1

- 2 -

1     The undersigned consents to the above substitution on behalf of TRG CUSTOMER
2 SOLUTIONS, INC.

4 DATED: September ___, 2008

                                  PAT W. COSTELLO, General Counsel

6     The undersigned consents to the above substitution.

8 DATED: September 17, 2008     SHARTSIS FRIESE LLP

10 By: /s/ Felicia A. Draper
                                    FELICIA A. DRAPER
                                  Former Attorneys for TRG CUSTOMER
                                  SOLUTIONS, INC.

14     The undersigned is duly admitted to practice in the Northern District of California
15 and accepts the above substitution.

17 DATED: September 17, 2008     JEFFER, MANGELS, BUTLER & MARMARO LLP

20 By: /s/
                                    MICHAEL J. HASSEN
                                  Attorneys for Defendant TRG CUSTOMER
                                  SOLUTIONS, INC.

PRINTED ON RECYCLED PAPER

766474v1

1  **ORDER**

2       IT IS SO ORDERED.

3

4  DATED: September 19, 2008



Hon. Charles Breyer