CHAVEZ & GERTLER, LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
Email: nance@chavezgertler.com

PETER B. FREDMAN (Bar No. 189097)
LAW OFFICE OF PETER B. FREDMAN
1917 Carlton Street
Berkeley, Ca 94704
Telephone: (510) 486-8739
Email: peterfredman@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KECK,<br>Individually and on behalf of all other similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a Delaware Corporation; CENTRAL STATES INDEMNITY CO. OF OMAHA, a Nebraska Corporation; CSI PROCESSING, LLC, a Nebraska Company, TRG CUSTOMER SOLUTIONS, INC. d/b/a/ TELESPRECTRUM,<br><br>       Defendants. | Case No.: CV 08-1219 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES** |

It is hereby stipulated by the parties, through their respective counsel, as follows:

1. On July 7, 2008, in response to the parties' scheduling proposals, the Court set October 31, 2008 as the date for completion of ADR, December 5, 2008, as the date for hearing Defendant Bank of America's Preemption Motion, and April 3, 2009 as the date for hearing Plaintiff's Motion for Class Certification.

2. On September 17, 2008, Michael Hassen of Jeffer, Mangels, Butler & Marmaro LLP, replaced Robert Ward of Shartsis Friese LLP as counsel for Defendant TRG Customer Solutions, Inc.

3. The parties have agreed to participate in a mediation before the Hon. William Cahill (Ret.) of JAMS. However, as a result of Mr. Hassen's recent appearance as counsel, and the busy schedules of counsel, the parties and the mediator, it has taken some time for the parties to arrange a mutually acceptable date for the mediation. The parties have now agreed to conduct the mediation on December 11, 2008.

4. The parties believe that it would be in all of their interests to complete the mediation prior to incurring additional attorneys' fees and costs in this matter.

5. In order to afford the parties sufficient time to complete the mediation, the hearing on Defendant's Preemption Motion shall be continued to March 6, 2009, or such other date as the Court may order, and the hearing on Plaintiff's Motion for Class Certification shall be continued to July 10, 2009, or such other date as the Court may order.

DATED: October 13, 2008

CHAVEZ & GERTLER LLP

LAW OFFICE OF PETER FREDMAN

By: _____
Mark A. Chavez

Attorneys for Plaintiff David Keck

DATED: October 13, 2008

KELLEY DRYE & WARREN LLP

By: _____/s/_____
Thomas E. Gilbertsen

Attorneys for Defendant Bank of America, N.A.

JEFFER, MANGELS, BUTLER
& MARMARO LLP


By: _____/s/_____
        Michael J. Hassen

Attorneys for TRG Customer Solutions, Inc.
d/b/a Telespectrum

### ECF Certification

I, Mark A. Chavez, certify that concurrence in the filing of the Stipulation and Proposed Order Continuing Hearing Dates has been obtained from Thomas E. Gilbertsen and Michael J. Hassen on behalf of Defendants.

Dated: October 17, 2008                    CHAVEZ & GERTLER LLP


                                            By: _____
                                                Mark A. Chavez


### ~~PROPOSED~~ ORDER

Upon the Stipulation of the parties, and good cause appearing;

1.  The date for hearing Defendant/Bank of America's Preemption Motion shall be continued from December 5, 2008 to March 6, 2009; and

2.  The date for hearing Plaintiff's Motion for Class Certification shall be continued from April 3, 2009 to July 10, 2009 at 10:00 a.m.

IT IS SO ORDERED.


DATED: October 22, 2008

                                        THE HONORABLE
                                        United States

*[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*